| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7-22-20 |

DONALD P. MILIONE, D.C.,

        Plaintiff,

    v.

AETNA LIFE INSURANCE COMPANY,

        Defendant.

20-CV-1160 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person.  Counsel should still submit their joint letter and proposed case management plan by July 24, 2020, as directed in the Court's February 19th and July 6th Orders.  *See* Dkts. 3, 16.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone.  In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    July 22, 2020
           New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge